JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. MUNOZ,<br><br>Plaintiff,<br><br>v.<br><br>WALMART; DOES I through XX inclusive; DOE Companies I through XX, inclusive; and DOE Corporations 1 through XX, inclusive,<br>Defendants. | CASE NO.: 2:20-cv-00222 JFW (JCx)<br><br>**ORDER RE: STIPULATION REMANDING BACK TO STATE COURT**<br><br>Courtroom: 7A<br>District Judge: John F. Walter<br>Magistrate Judge: Jacqueline Chooljian<br>Complaint Filed: June 3, 2019<br>Trial Date: November 30, 2020 |

Upon consideration of Plaintiff MARGARET A. MUNOZ and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be remanded to the Superior Court of State of California, County of Los Angeles.

2. Plaintiff shall waive the right to costs incurred to bring forth the Motion to Remand in exchange for the Parties' stipulation to remand to State Court.

Dated: February 4, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1